UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LENIER AYERS,<br><br>          Plaintiff,<br><br>   v.<br><br>HENRY RICHARDS, *et al*,<br><br>          Defendants. | Case No. C08-5390 BHS/KLS<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the court is Plaintiff's motion for injunctive relief in which Plaintiff seeks the appointment of a "postal inspector." (Dkt. # 4). Plaintiff's motion was filed at the time Plaintiff was granted leave to proceed *in forma pauperis* and prior to service of a complaint on Defendants. Accordingly, the court finds that motion should be stricken from the court's docket until such time as it has been determined that Plaintiff may proceed *in forma pauperis*, the court has reviewed Plaintiff's proposed complaint, and Defendants have been served.

Accordingly, the Clerk of the Court is directed to **strike** Plaintiff's motion to appoint postal inspector (Dkt.# 4) from the court's docket. Plaintiff may file, serve and re-note the motion in accordance with the Rules governing filing and serving of motions after the court has ruled on his

ORDER - 1

application to proceed *in forma pauperis* and has considered his proposed complaint.

DATED this  25th  day of July, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2