UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LENIER AYERS,<br><br>    Plaintiff,<br><br> v.<br><br>HENRY RICHARDS, *et al.,*<br><br>    Defendants. | Case No. C08-5390 BHS/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 1) and response to the Court's Order to Show Cause (Dkt. # 11). Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the State of Washington Department of Social and Health Services' Special Commitment Center, located at McNeil Island, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this __7th__ day of August, 2008.

              /s/ Karen L. Strombom
              Karen L. Strombom
              United States Magistrate Judge

ORDER
Page - 1