UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

            Plaintiff,

  v.

HENRI RICHARDS, *et al.*,

            Defendants.

Case No. C08-5390 BHS/KLS

ORDER TO PROVIDE SERVICE COPIES

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis* (Dkt. # 15) and has filed a Complaint (Dkt. # 16). Plaintiff has not provided service copies of his Complaint.

Accordingly, it is **ORDERED:**

(1) Plaintiff's secondary motion for the court to make copies (Dkt. # 6) is **DENIED**;

(2) Plaintiff shall provide one copy of the Complaint for each named Defendant he wishes the United States Marshals Service to attempt to serve. The service copies must be returned to the Court on or before **September 12, 2008** or the Court will recommend dismissal of this case for failure to prosecute; and

(3) The Clerk shall send a copy of this Order to Plaintiff and note this matter for **September 12, 2008.**

DATED this  19th  day of August, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1