UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

              Plaintiff,

    v.

HENRI RICHARDS, *et al.*,

              Defendants.

Case No. C08-5390 BHS/KLS

ORDER RELATING TO SERVICE COPIES

Before the Court is a letter from counsel for Defendants dated November 12, 2008. Dkt. # 54. Counsel indicates that he has found unspecified differences in services copies from the docketed complaint (Dkt. # 16) in this action.

Accordingly, to the extent that there are any differences in any service copies of the complaint, Defendants are directed to refer to the docketed complaint (Dkt. # 16).

DATED this  17th  day of November, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1