UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LENIER AYERS,<br><br>            Plaintiff,<br><br>    v.<br><br>HENRI RICHARDS, *et al.*,<br><br>            Defendants. | Case No. C08-5390 BHS/KLS<br><br>ORDER FOR FURTHER BRIEFING |

Presently pending before the Court is Plaintiff's motion for preliminary injunction. Dkt. # 48. In support of his motion, Plaintiff provided his affidavit in which he alleges that he was attacked by Billy Ashenbruner on May 10, 2008 and September 25, 2008. Dkt. # 49. Plaintiff also alleges that Mr. Ashenbruner poses a serious continuing danger to him. *Id*., p. 14.

Defendants are directed to supplement their brief in opposition to Plaintiff's request for injunctive relief to specifically address these allegations. Plaintiff shall be given an opportunity to file a reply.

Accordingly, it is **ORDERED:**

(1) Defendants shall file their supplemental brief on or before **December 29, 2008**;

(2) Plaintiff may file a reply on or before **January 2, 2009**; and

(3) The Clerk shall re-note Plaintiff's motion for preliminary injunction (Dkt. # 48) for **January 2, 2009.**

ORDER
Page - 1

DATED this 4th day of December, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2