UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

    Plaintiff,

v.

HENRI RICHARDS, *et al.*,

    Defendants,

Case No. C08-5390 BHS/KLS

ORDER DENYING
PLAINTIFF'S MOTION FOR
RECONSIDERATION

Before the Court is Plaintiff's motion for reconsideration. Dkt. # 84. Mr. Ayers asks this Court to reconsider its Order (Dkt. # 79), in which the Court denied Plaintiff's motion for the Court to direct the SCC and its legal counsel to allow him to receive legal copies at Defendants' expense.[1]

## I. DISCUSSION

Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to the court's attention earlier with reasonable diligence." Local Rule CR 7(h)(1).

Mr. Ayers reasserts his argument that he requires access to free legal copies to litigate in two civil actions, a mandamus action and a habeas action, all of which he maintains exceeds the 90 free copies to which he is entitled per month. Mr. Ayers argues again that he is being denied access to the Courts by Defendants' failure to extend credit to him for his copying costs.

These arguments were previously considered by the Court and rejected. Dkt. # 79. Mr. Ayers has not presented any new facts or legal authority in his motion for reconsideration that could not have been

---

[1] Plaintiff filed his motion for reconsideration on December 24, 2008 (Dkt. # 84), five days before the Court entered the Order denying the motion at issue. *See* Dkt. # 79.

ORDER
Page - 1

presented to the Court's attention earlier with reasonable diligence suggesting that reconsideration is appropriate.

ACCORDINGLY, it is **ORDERED** that Plaintiff's motion for reconsideration (Dkt. # 84) is **DENIED.**

DATED this  15th  day of January, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge