UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

    Plaintiff,

v.

HENRY RICHARDS, et al.,

    Defendants.

Case No. C08-5390BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 96). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     Plaintiff's motion for a preliminary injunction (Dkt. 48) is **DENIED**; and

(3)     This case is re-referred to Judge Strombom.

DATED this 27th day of February, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER