UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER RENE AYERS,

        Plaintiff,

v.

HENRY RICHARDS, *et al.*,

        Defendants.

Case No. C08-5390 BHS/KLS

ORDER REGARDING DEFENDANT GRIFFITH'S MOTION FOR SUMMARY JUDGMENT AND STRIKING NOTING DATE

Presently pending before the Court is Defendant Randall Griffith's motion for summary judgment. Dkt. # 69. In that motion, Mr. Griffith refers to Exhibits A through F, but those exhibits were not filed with the Court. *Id.* In addition, counsel filed an Affidavit in support of Mr. Griffith's summary judgment motion, but it is not signed by Mr. Griffith. Dkt. # 70. The Court is unable to determine the merits of Defendant Griffiths motion based on the record now before it.

Accordingly, it is **ORDERED:**

(1) Defendant Randall Griffith shall re-file his motion for summary judgment, with appropriate exhibits and signed affidavit, and re-note his motion so that Plaintiff Ayers may have an opportunity to file a response.

(2) Defendant Randall Griffith's motion for summary judgment (Dkt. #69) and present noting date shall be **stricken** from the Court's calendar.

ORDER
Page - 1

(3) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  12th  day of March, 2009.


*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2