1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

| LENIER AYERS, | | Case No. C08-5390 BHS/KLS |
|---|---|---|
| Plaintiff, | | |
| v. | | ORDER DENYING PLAINTIFF'S "URGENT MATTER FOR THE COURT'S CONSIDERATION" |
| HENRY RICHARDS, *et al*, | | |
| Defendants. | | |

11

12

13

14

15

16

17    Before the Court is Plaintiff's "Urgent Matter for the Court's Consideration."   Dkt. 107.

18 This document was not filed in the form of a motion or noted for hearing according to the Federal

19 Rules of Civil Procedure.   In addition, Mr. Ayers asks this Court for an order directing the Special

20 Commitment Center (SCC) to allow him to exceed his monthly allotment for photocopies.   Dkt.

21 107, p. 2, 3.   Mr. Ayers' previous requests that this Court intervene on his behalf with the SCC

22 (Dkts.55 and 67) have been denied. Dkt. 79.   His motion for reconsideration (Dkt. 84) was also

23 denied.   Dkt. 87.

24    Plaintiff complains that he requires the Court's interference so that he may file motions to

25 compel and submit copies of discovery response documents before the discovery deadline of June

26

27 ORDER - 1

28

1  5, 2009.  *See* Dkt. 65.  If Mr. Ayers requires a continuance of the discovery deadline so that he

2  may complete his discovery, he may request a continuance and should do so in the form of a

3  motion, properly filed, served on defense counsel, and noted for hearing in accordance with the

4  Federal Rules of Civil Procedure.  Plaintiff should set forth his reasons for the continuance and the

5  length of the continuance he is requesting in that motion.

6        Accordingly, it is **ORDERED** that Plaintiff's request that the Court contact the SCC (Dkt.

7  107) is **DENIED**.

8        DATED this 28th day of May, 2009.

9

10

11

12                                   Karen L. Strombom
                                      United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  ORDER - 2

28