# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LENIER AYERS,

    Plaintiff,

v.

HENRY RICHARDS, et al.

    Defendants.

NO. C08-5390 BHS/KLS

ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

THIS MATTER having come before this Court on Defendants' Motion For Leave to File Overlength Brief and Declaration in Support; the Court having considered the files and records herein; and being in all matters fully advised,

THE COURT DOES HEREBY **ORDER**:

1. That Defendants' Motion for Leave to File Overlength Brief of up to ten additional pages (Dkt. 148) is **GRANTED.**

**DATED** this 6th day of August, 2009.

                      Karen L. Strombom
                      United States Magistrate Judge