**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

LENIER AYERS,

      Plaintiff,

 v.

HENRY RICHARDS, et al.

      Defendants.

NO. C08-5390 BHS/KLS

ORDER GRANTING SCC DEFENDANTS' MOTION FOR CONTINUANCE OF DISPOSITIVE MOTION DEADLINE

  Before the Court is the SCC Defendants' Motion for Continuance of the Dispositive Motion Deadline (Dkt. 138). Plaintiff filed no response.

  The current dispositive motions deadline is August 7, 2009. Defendants request the extension due to the number and variety of Plaintiff's claims (Plaintiff's complaint is 130 pages long and includes thirteen defendants). Dkt. 138, pp. 1-2. Extending the dispositive motions deadline will not require an extension of the joint status report deadline, which is currently due on November 6, 2009. Dkt. 65.

  Accordingly, it is **ORDERED**:

  1. Defendants' motion (Dkt. 138) is **GRANTED**.

  2. The cutoff date for the filing of dispositive motions is **September 11, 2009.** The deadline for submission of the parties' joint status report shall remain as **November 6, 2009.**

3. The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this 5th day of August, 2009.

Karen L. Strombom
United States Magistrate Judge