1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISCTRICT OF WASHINGTON**
**AT TACOMA**

9  LENIER AYERS,

10                            Plaintiff,

11     v.

12  HENRY RICHARDS, et al.

13                            Defendants.

14

NO. C08-5390 BHS/KLS

ORDER GRANTING SCC
DEFENDANTS' SECOND MOTION
FOR CONTINUANCE OF
DISPOSITIVE MOTION DEADLINE

15        Before the Court is the SCC Defendants' Second Motion for Continuance of the

16  Dispositive Motion Deadline (Dkt. 153).  Plaintiff filed no response.

17        The current dispositive motions deadline is September 11, 2009.  Defendants request a

18  second extension, until November 12, 2009, due to the unavailability of lead defense counsel

19  for medical reasons and the need to respond to Plaintiff's ongoing motions.  Dkt. 153, pp. 1-2.

20        Extending the dispositive motions deadline will require an extension of the joint status

21  report deadline, which is currently due on November 6, 2009.  Dkt. 65.

22        Accordingly, it is **ORDERED**:

23        1.        Defendants' motion (Dkt. 153) is **GRANTED**.

24        2.        The cutoff date for the filing of dispositive motions is **November 13, 2009.**

25  The deadline for submission of the parties' joint status report shall remain as **December 29,**

26  **2009.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3.    The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this _9th_ day of September, 2009.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge