AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

LENIER AYERS

v.

HENRY RICHARDS, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5390BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **OVERRULES** Defendants' Objections;

The Court adopts the Report and Recommendation with modification; and

This action is **DISMISSED WITHOUT PREJUDICE** because Plaintiff failed to comply with the Magistrate Judge's order as discussed.

| March 4, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk