**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| LENIER AYERS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HENRI RICHARDS, et al.<br><br>　　　　　　Defendants. | NO. C08-5390 BHS/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION |

　　　　Before the court is Plaintiff's Notice and Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment. Dkt. 197. Plaintiff filed this motion on April 8, 2010 while Defendants' motion for reconsideration was pending, and presumably in response to Judge Settle's Order that Plaintiff file a response by April 1, 2010. Dkt. 191. On April 23, 2010, Judge Settle granted the Defendants' motion for reconsideration and re-referred the case to the undersigned for consideration of Defendants' motion for summary judgment. *Id.* Defendants' motion for summary judgment (Dkt. 175) was reopened and re-noted for May 21, 2010. In light of these orders, Plaintiff's motion is moot.

　　　　Accordingly,

　　　　(1)　　Plaintiff's motion for an extension (Dkt. 197) is **DENIED.**

　　　　(2)　　The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

　　　　DATED this __26th__ day of May, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER