1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

                              Plaintiff,

        v.

HENRY RICHARDS, *et al.*,

                              Defendants.

No. C08-5390 BHS/KLS

ORDER DENYING MOTION TO
CONSOLIDATE

12      Before the court is Plaintiff's motion to consolidate this matter with Cause No. C08-5541

13   RJB/KLS and to amend his complaint.  Dkt. 192.  Having reviewed the motion, Defendants'

14   opposition (Dkt. 195), and balance of the record, the court finds that the motion should be

15   denied.

16      Under Federal Rules of Civil Procedure 42(a), a court may consolidate two actions

17   involving common questions of law or fact.  This court has broad discretion under Rule 42(a) to

18   consolidate cases pending in the same district.  *U.S. v. Lindsey*, 877 F.2d 777 (9th Cir. 1989).

19   Mr. Ayers raises several claims in No. C08-5541 involving common questions of law or fact that

20   are raised in his complaint in this case.  However, the court construes Plaintiff's request to

21   consolidate as a response to the court's previous order requiring him to pay sanctions before

22   allowing this case to proceed.  That issue was resolved by Judge Settle's Order dated April 23,

23   2010, directing that the case be heard on the merits.  Dkt. 201.

24      In addition, this case has been pending for almost two years, the time for discovery is

25   long past, the dispositive motions deadline expired in November 2009, and Defendants' motion

26   ORDER - 1

for summary judgment is pending.  Dkt. 175.  In Case No. C08-5541RJB/KLS, the court has

already issued its report and recommendation on Defendants' motion for summary judgment.

Dkt. 81.  A decision by the District Judge is pending.

The court need not consolidate these cases to resolve the issues.  Rather, it may rule on

the issues raised in each case and can dismiss as duplicative any issues raised here that have

already been considered in C08-5541RJB.

Accordingly, it is **ORDERED:**

(1)     Plaintiff's motion to consolidate (Dkt. 192) is **DENIED.**

(2)     The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this ___26th__ day of May, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2