# United States District Court

WESTERN DISTRICT OF WASHINGTON

LENIER AYERS,

            v.

HENRI RICHARDS, et al.,

JUDGMENT IN A CIVIL CASE

Case No. C08-5390BHS

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation and **GRANTS** summary judgment **dismissing** Ayres's claims **with prejudice,** except that any claim Ayres may have regarding his involuntary civil commitment is **dismissed without prejudice**.

| October 29, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                               *s/ Mary Trent*
                                               Deputy Clerk